UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID J. THERIAULT, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 1:22-CV-00040-LEW |
| SHERIFF SHAWN GILLEN, et al. | ) ) ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 24, 2022, the United States Magistrate Judge filed with the court, with copies the parties, his Recommended Decision with regard to Plaintiff's case. The time within which to file objections expired on November 7, 2022, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED and Plaintiff's Complaint is dismissed.

**SO ORDERED.**

Dated this 17th day of November, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE